AO 93B (Rev. 11/13) Anticipatory Search and Seizure Warrant (Page 2)

## Return

| Case No.: MB 26-8007 | Date and time warrant executed: 1/13/2026 @ 6:30A | Copy of warrant and inventory left with: Sarah Canada |

Inventory made in the presence of:

Inventory of the property taken and name of any person(s) seized:

(1) Samsung cell phone IMEI: 353-154-19-78408575

(40) $100 USD Bills and (2) $1 USD Bills — total $4,002

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1/13/2026

_Executing officer's signature_

Colleen Finn Special Agent
_Printed name and title_